STATE OF NEW JERSEY v. JOSEPH A. COLETTA.

February 17, 1971.  Petition for certification denied.

A-G FOODS, INC., *ET AL.* v. CAESAR ARENA, *ETC.*, *ET AL.*

February 17, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. LOVE CLARK.

February 17, 1971.  Petition for certification denied.

EMIL SKEVIN v. LEVER BROTHERS COMPANY, *ET AL.*

February 17, 1971.  Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF R. A.

February 17, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. JASPER INGRAM.

February 17, 1971.  Petition for certification denied.